MARK W. HENDRICKSEN, WSBA #15,542
WELLS ST. JOHN, P.S.
601 West 1st Avenue, Suite 1300
Spokane, WA 99201-3828
TEL: (509)624-4276
FAX: (509)838-3424

Counsel for Defendant:
THE CORPORATION OF GONZAGA UNIVERSITY,
a Washington Nonprofit Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLEN HUBBARD, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE CORPORATION OF GONZAGA UNIVERSITY, a Washington Nonprofit Corporation, COMCAST CORPORATION, a Pennsylvania Corporation, JAY DANIELS, an individual, KEVIN JAMES, an individual, INLAND PUBLICATIONS, INC., a Washington Corporation, NORTHWEST BUSINESS PRESS, INC., a Washington Corporation, SPOKANE REGIONAL SPORTS COMMISSION, a Washington Nonprofit Association, KHQ, INC., a Washington Corporation, NORTHWEST BEST DIRECT, INC., a Washington Corporation, D.M.D. PUBLICATIONS, INC., an Alabama Corporation, TRIUMPH BOOKS, INC., an Illinois Corporation, SPORTS PUBLISHING, L.L.C., an Illinois Limited Liability Company,<br><br>    Defendants. | Case No.: No. CV-06-64-EFS<br><br>STIPULATED ORDER OF DISMISSAL |

Page - 1
STIPULATED ORDER OF DISMISSAL OF
PLAINTIFF'S FIRST AMENDED COMPLAINT

S:\GO2\501\pleadings\Dismissal.doc

Plaintiff HUBBARD and defendants THE CORPORATION OF GONZAGA UNIVERSITY, COMCAST CORPORATION, a Pennsylvania Corporation, INLAND PUBLICATIONS, INC., a Washington Corporation, NORTHWEST BUSINESS PRESS, INC., a Washington Corporation, SPOKANE REGIONAL SPORTS COMMISSION, a Washington Nonprofit Association, KHQ, INC., a Washington Corporation, NORTHWEST BEST DIRECT, INC., a Washington Corporation, and SPORTS PUBLISHING, L.L.C., an Illinois Limited Liability Company, have resolved the issues raised by plaintiff's first amended complaint and all cross claims made, and hereby jointly move that the Court dismiss this suit with prejudice and with each party to bear its own costs and attorneys' fees.

## ORDER

**IT IS SO ORDERED.**

| s/ Edward F. Shea | 10/02/07 |
|---|---|
| United States District Court Judge | DATED |

STIPULATED AND AGREED BY:

Page - 2
STIPULATED ORDER OF DISMISSAL OF
PLAINTIFF'S FIRST AMENDED COMPLAINT

S:\GO2\501\pleadings\Dismissal.doc